IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
Eastern Division

FILED
05 APR 22 PM 4:4

ROBERT R. DI  ...O
CLERK, U.S. DI  ...T.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| TERRY J. JOHNSON and wife, DOROTHY JOHNSON, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 05-2015-DP |
| CITY OF DYERSBURG, Chief of Police Bob Williamson, Officer Chris Clement, Owner, Homestead Ace Hardware, Bobby Sellers, Agent of Homestead Ace Hardware, Mark Gwyn, Director of Tennessee Bureau of Investigation, Information Systems Divisions, TBI Instant Check System (TICS), | ) ) ) ) ) ) ) | |
| Defendants. | | |

### ORDER EXTENDING THE TIME FOR THE DEFENDANTS', CITY OF DYERSBURG, CHIEF OF POLICE BOB WILLIAMSON (IN BOTH HIS OFFICIAL AND INDIVIDUAL CAPACITIES) AND OFFICER CHRIS CLEMENT (IN BOTH HIS OFFICIAL AND INDIVIDUAL CAPACITIES) TO RESPOND TO CLAIMS

The Defendants, City of Dyersburg, Chief of Police Bob Williamson (to the extent he has been sued in both his official and individual capacities) and Officer Chris Clement (to the extent he has been sued in both his official and individual capacities) have moved the Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and LR7.1 and LR7.2 of the Rules of the United States District Court for the Western District of Tennessee, for an extension of time within which they may respond to the Plaintiffs' Complaint; and it appears from the motion and accompanying memorandum that sufficient grounds are stated.

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 4-25-05



IT IS, THEREFORE, ORDERED AND ADJUDGED that these Defendants' Motion to extend the time requirements contained in Rule 12 of the Federal Rules of Civil Procedure is hereby granted and the Defendants shall be granted until and including May 20, 2005, within which to respond to Plaintiffs' Complaint in this matter.

This the 22 day of April, 2005.

_____
UNITED STATES JUDGE OR MAGISTRATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02015 was distributed by fax, mail, or direct printing on April 25, 2005 to the parties listed.

---

William L. Johnson
LAW OFFICE OF WILLIAM L. JOHNSON
212 Adams Ave.
Memphis, TN 38103

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Honorable Bernice Donald
US DISTRICT COURT