IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

TERRY J. JOHNSON, and
DOROTHY JOHNSON,

    Plaintiffs,

v.   NO: 05-2015-DP

THE CITY OF DYERSBERG,
CHIEF OF POLICE BOB WILLIAMSON,
OFFICER CHRIS CLEMENT,
HOMESTEAD ACE HARDWARE, BOBBY SELLERS,
AGENT OF HOMSTEAD, MARK GWYN,
DIRECTOR OF THE TENNESSEE BUREAU OF INVESTIGATION
DIVISIONS, and TBI INSTANT CHECK SYSTEM (TICS),

    Defendants.

### ORDER EXTENDING THE TIME FOR DEFENDANTS', HOMESTEAD ACE HARDWARE AND BOBBY SELLERS, TO RESPOND TO CLAIMS

The Defendants, Homestead Ace Hardware and Bobby Sellers, have move the Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and LR7.1 and LR7.2 of the Rules of the United States District Court for the Western District of Tennessee, for an extension of time within which they may respond to Plaintiffs' Complaint; and it appears from the Motion and accompanying Memorandum that sufficient grounds are stated.

IT IS, THEREFORE, ORDERED, AND ADJUDGED, that these Defendants' Motion to extend the time requirements contained in Rule 12 of the Federal Rules of Civil Procedure is hereby granted and the Defendants shall be granted until and including May 23, 2005, within which to respond to Plaintiffs' Complaint in this matter.

This the 4 day of May, 2005.

UNITED STATES JUDGE OR MAGISTRATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-5-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02015 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

William L. Johnson
LAW OFFICE OF WILLIAM L. JOHNSON
212 Adams Ave.
Memphis, TN 38103

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Dawn Jordan
ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Honorable Bernice Donald
US DISTRICT COURT