IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TERRY J. JOHNSON, et al., )
)
    Plaintiffs, )
)
vs. )  Civ. No. <u>05-2015-D/P</u>
)
CITY OF DYERSBURG, et al., )
)
    Defendants. )
)

## SCHEDULING ORDER

Counsel for the parties have conferred, pursuant to Federal Rules of Civil Procedure 26(f), for the purpose of proposing a discovery plan. Counsel for the parties submit the following proposed Scheduling Order pursuant to their Rule 26(f) meeting.

**INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1):**
July 1, 2005

**JOINING PARTIES:**
Plaintiffs - August 16, 2005
Defendants - September 1, 2005

**AMENDING PLEADINGS:**
Plaintiffs - August 16, 2005
Defendants - September 1, 2005

**INITIAL MOTIONS TO DISMISS:** September 15, 2005

**COMPLETING ALL DISCOVERY:** February 16, 2006

(a) **DOCUMENT PRODUCTION, INTERROGATORIES AND REQUESTS FOR ADMISSIONS**: October 14, 2005

(b) **DEPOSITIONS, and OTHER EXPERTS**: January 16, 2005

(c) **EXPERT WITNESS DISCLOSURE (Rule 26)**:

   (1) **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION**: November 16, 2005

   (2) **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION**: December 16, 2005

   (3) **SUPPLEMENTATIONS**: January 6, 2006

   (4) **EXPERT WITNESS DEPOSITIONS**: February 16, 2006

**FILING DISPOSITIVE MOTIONS**: March 20, 2006

**OTHER RELEVANT MATTERS**:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for a jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. It is anticipated that the trial will last approximately three (3) days.

The parties are encouraged to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

At this point, the parties have not consented to trial before the Magistrate Judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

June 13, 2005
Date

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CV-02015 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
209 E. Main St
P.O. Box 1147
Jackson, TN 38302--114

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Lisa Ann Overall
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Dawn Jordan
ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202

William L. Johnson
LAW OFFICE OF WILLIAM L. JOHNSON
212 Adams Ave.
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT