IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 25 PM 3: 50

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| TERRY J. JOHNSON and wife<br>DOROTHY JOHNSON<br><br> Plaintiff,<br><br>v.<br><br>THE CITY OF DYERSBURG,<br>Chief of Police Bob Williamson;<br>Officer Chris Clements; Owner,<br>Homestead Ace Hardware; Bobby<br>Sellers, Agent of Homestead Ace<br>Hardware; Mark Gwyn, Director of<br>Tennessee Bureau of Investigation,<br>Information Systems Division, TBI<br>Instant Check System (TICS),<br><br> Defendants. | No. 05-2015 DP |

## ORDER TO SHOW CAUSE

On July 14, 2005, Defendant Chris Clements filed a motion for summary judgment. Plaintiffs Terry and Dorothy Johnson to date have not responded to Defendant's motion. Accordingly, Plaintiffs are hereby ordered to file a written response within twenty days of this order. Thereafter, Plaintiffs will be deemed to have waived their right to respond and the motion will be decided on the existing record.

IT IS SO ORDERED this __24__ day of August, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:05-CV-02015 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

Lisa Ann Overall
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Dawn Jordan
ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202

William L. Johnson
LAW OFFICE OF WILLIAM L. JOHNSON
212 Adams Ave.
Memphis, TN 38103

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
209 E. Main St
P.O. Box 1147
Jackson, TN 38302--114

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Lisa Ann Overall
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

William L. Johnson
LAW OFFICE OF WILLIAM L. JOHNSON
212 Adams Ave.
Memphis, TN 38103

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Dawn Jordan
ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
209 E. Main St
P.O. Box 1147
Jackson, TN 38302--114

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Honorable Bernice Donald
US DISTRICT COURT