FILED BY _AC_ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 SEP 15 PM 2: 52

~~THOMAS M. GOULD~~
CLERK, U.S. DISTRICT COURT
W/D OF T. MEMPHIS

|  |  |  |
|---|---|---|
| TERRY J. JOHNSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civ. No. <u>05-2015-D/P</u> |
| | ) | |
| CITY OF DYERSBURG, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER GRANTING DEFENDANTS' CITY OF DYERSBURG, TENNESSEE, CHIEF
BOB WILLIAMSON AND OFFICER CHRIS CLEMENTS, IN THEIR OFFICIAL
CAPACITIES, AND BOB WILLIAMSON, IN HIS INDIVIDUAL CAPACITY,
MOTION TO COMPEL THE PLAINTIFFS TO ANSWER DEFENDANTS' FIRST SET
OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

Before the court is defendants' City of Dyersburg, Tennessee,

Chief Bob Williamson and Officer Chris Clements, in their official

capacities, and Bob Williamson, in his individual capacity, Motion

to Compel the Plaintiffs to Answer Defendants' First Set of

Interrogatories and Requests for Production of Documents, filed

August 22, 2005 (dkt #24).  Local Rule 7.2(a)(2) requires that

> the response to the motion and its supporting
> memorandum . . . shall be filed within fifteen
> days after service of the motion and shall be
> accompanied by a proposed order.  Failure to
> respond timely to any motion, other than one
> requesting dismissal of a claim or action, may
> be deemed good grounds for granting the
> motion.

This document entered on the docket sheet in compliance
with Rule 58 and/ 79(a) FRCP on ____9/16/05____

Plaintiff has not filed a response, and the time for filing a response to defendants' motion to compel has passed.  Therefore, the motion is GRANTED.

Plaintiff shall produce the discovery materials requested in defendants' motion to compel within eleven (11) days from the date of this order.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

_September 15, 2005_
Date

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:05-CV-02015 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Lisa Ann Overall
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Dawn Jordan
ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202

William L. Johnson
LAW OFFICE OF WILLIAM L. JOHNSON
212 Adams Ave.
Memphis, TN 38103

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
209 E. Main St
P.O. Box 1147
Jackson, TN 38302--114

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Honorable Bernice Donald
US DISTRICT COURT